**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**5:21-cv-136-MOC**

| | |
|---|---|
| **TANIA HUFFMAN VALLE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **ORDER** |
| ) | |
| **KILOJO KIJAKAZI,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** comes before the Court on a Motion for Leave to Appear Pro Hac Vice

as to attorney David F. Chermol. (Doc. No. 6). Having considered the matter, the Court enters the

following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Motion for Leave to Appear Pro Hac Vice as

to attorney David F. Chermol, (Doc. No. 6), is **GRANTED**.

Signed: October 20, 2021

Max O. Cogburn Jr.
United States District Judge