UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:21-cv-00136-MOC

| | |
|---|---|
| **TANIA HUFFMAN VALLE**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| **KILOLO KIJAKAZI**, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

UPON CONSIDERATION of the Defendant's Consent Motion for Entry of Judgment with Remand Under Sentence Four of 42 U.S.C. § 405(g), (Doc. No. 12), Plaintiff's consent to that motion, and the entire record in this case, it is hereby

**ORDERED**, that the Motion is **GRANTED**, the final decision of the Commissioner is reversed, and this matter is hereby remanded to the Commissioner for further proceedings pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Signed: April 5, 2022

Max O. Cogburn Jr
United States District Judge